Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Rocio Maynez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO MAYNEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-00468-AB-JPR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMENITY BANK** |

　　　PLEASE TAKE NOTICE that Plaintiff Rocio Maynez, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Comenity Bank with prejudice.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: January 19, 2021　　　　　By: */s/ Youssef H. Hammoud*
　　　　　　　　　　　　　　　　　　Youssef H. Hammoud (SBN: 321934)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Rocio Maynez*

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**PRICE LAW GROUP, APC**
*/s/ Lia Ruggeri*